IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE I. JOHNSON,

      Plaintiff,                    No. CIV S-07-1826 MCE KJM P

   vs.

D.K. SISTO, et al.,

      Defendants.         ORDER

_____/

      Plaintiff has requested an extension of time to file a response to defendants' December 15, 2008 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's January 6, 2009 motion for an extension of time (Docket No. 34) is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file and serve a response to defendants' December 15, 2008 motion for summary judgment.

DATED: January 14, 2009.

                                                    _____
                                                    U.S. MAGISTRATE JUDGE

/md
john1826.36