IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE I. JOHNSON,

     Plaintiff,                   No. CIV S-07-1826 MCE KJM P

   vs.

D.K. SISTO, et al.,

     Defendants.          <u>ORDER</u>

_____/

       Plaintiff has requested an extension of time to file and serve an opposition to defendants' December 15, 2008 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's motion for an extension of time (Docket No. 37) is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' December 15, 2008 motion for summary judgment. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: March 12, 2009.

                                                  U.S. MAGISTRATE JUDGE

/mp
john1826.36(2)