UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE I. JOHNSON, | Case No. 2:07-CV-1826-MCE-KJM |
| Plaintiff, | |
| vs. | |
| D. K. SISTO, et al., | <u>ORDER</u> |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. In accordance with the parties' stipulation filed February 22, 2010 (Docket # 59), and in light of plaintiff's residence at California State Prison, Solano (CSP-SOL), this case will be referred to Magistrate Judge Nandor J. Vadas to conduct a settlement conference at CSP-SOL, on April 13, 2010, at 1:00 p.m.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for mediation before Magistrate Judge Nandor J. Vadas on April 13, 2010, at 1:00 p.m. at CSP-SOL, 2100 Peabody Road, Vacaville, California 95696.

2. Parties are to appear with full settlement authority.

/////

/////

3. The parties are directed to provide confidential settlement conference statements to Judge Vadas, USDC CAND, 514 H Street, Eureka, CA 95501 or via email at NJVpo@cand.uscourts.gov, so that they arrive no later than March 30, 2010.

4. Magistrate Judge Nandor Vadas shall file a report on the docket in this case, within twenty days of settlement conference, indicating the outcome of the settlement proceedings.

5. The Clerk of the Court is directed to serve a copy of this order on the court's ADR and Pro Bono Program coordinator, Sujean Park.

6. The Clerk of the Court is directed to serve a courtesy copy of this order on the Litigation Office at California State Prison, Solano, via fax at (707) 454-3429.

DATED: March 4, 2010.

_____
U.S. MAGISTRATE JUDGE

2