IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE JOHNSON,

       Plaintiff,            No. CIV S-07-1826 MCE KJM P

   vs.

D.K. SISTO,

       Defendant.         <u>ORDER</u>

        The minutes of the April 13, 2010 settlement conference report that this case has been completely settled. The parties are directed to file the dispositional documents within thirty days of the date of this order.

        IT IS SO ORDERED.

DATED: August 30, 2010.

_____
U.S. MAGISTRATE JUDGE

2

john1826.ord