IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE I. JOHNSON, | No. 2:07-cv-01826-MCE-KJM P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| D. K. SISTO, et al., | |
| Defendants. | |
| _____/ | |

On November 18, 2010, the Magistrate Judge issued an order denying the motion to set aside the settlement agreement and dismissing the case on the parties' stipulation. On December 13, 2010, plaintiff filed objections, which is construed as a request for reconsideration of that order. Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen (14) days . . . from the date of service of the ruling on the parties." Plaintiff's request for reconsideration of the magistrate judge's order of November 18, 2010, is therefore untimely.

/////

/////

/////

1 Accordingly, IT IS HEREBY ORDERED that plaintiff's December 13, 2010, request for reconsideration is denied.

IT IS SO ORDERED.

Dated: February 4, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE